# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA, | ) ) ) | |
| Plaintiff, | ) ) | 1:23CV302 |
| v. | ) ) | |
| JOSHUA STEIN, in his official capacity as Attorney General of the State of North Carolina, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons outlined in the Memorandum Opinion and Order filed on June 25, 2024, in this action,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendants' Motions to Dismiss, (ECF Nos. 32; 34), are **GRANTED**, and each of Plaintiff's claims are **DISMISSED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Amended Motion to Certify Class, (ECF No. 27), and Plaintiff's Amended Motion for Preliminary Injunction, (ECF No. 30), are each **DENIED** as **MOOT**.

This, the 27th day of June 2024.

/s/ Loretta C. Biggs
United States District Judge